IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )      No. 11-mj-1104 |
| v. | ) |
| | ) |
| JOSHUA CALDWELL and | ) |
| JESSIE LOBBINS | ) |

## O R D E R

The government's motions to dismiss complaint as to Joshua Caldwell (Docket Entry No. 4) and Jessie Lobbins (Docket Entry No. 5) are GRANTED.

The criminal complaint, issued on November 30, 2011, is DISMISSED.

The United States Marshal shall return the warrants (Docket Entry No. 2 and 3) unexecuted as to defendants Joshua Caldwell and Jessie Lobbins.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge